HARRY SCHNELL et al., Copartners under the Firm Name of H. SCHNELL & Co., Respondents, *v.* SOL PERLMON, Trading under the Firm Name of DETROIT CELERY AND PRODUCE COMPANY, Appellant.

(Submitted July 5, 1924; decided September 30, 1924.)

Motion for re-argument and to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 362.)

---

MARION L. ROBINSON, as Administratrix of the Estate of GEORGE ROBINSON, Deceased, Appellant, *v.* ROBINS DRY DOCK AND REPAIR COMPANY et al., Respondents.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 271.)